# IN THE SUPREME COURT OF THE STATE OF NEVADA

4G WIRELESS, INC., A CALIFORNIA
CORPORATION; AND MOHAMMED
HONARKAR, AN INDIVIDUAL,
Appellants,
vs.
DESERT INN COMMERCIAL, LLC, A
NEVADA LIMITED LIABILITY
COMPANY,
Respondent.

No. 59019

**FILED**

MAY 2 8 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

In light of appellants' failure to comply with this court's directives pertaining to the briefing of this appeal and the submission of required documents, on April 8, 2013, this court entered an order giving appellants 11 days from that order's date to show cause why this appeal should not be dismissed as abandoned. Our April 8 order cautioned appellants that their failure to respond to that order would result in the dismissal of this appeal. As the time for responding to our April 8 order has expired, and appellants have failed to file the required response, we conclude that appellants have abandoned this appeal, and we therefore

ORDER this appeal DISMISSED.

_____, J.
Gibbons

_____, J.
Douglas

_____, J.
Saitta

13-15631

cc:    Hon. Nancy L. Allf, District Judge
Dana Jonathon Nitz, Settlement Judge
Law Office of Richard L. Tobler, Ltd.
Marquis Aurbach Coffing
Eighth District Court Clerk